UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSHUA ADAM SUTTOON                    CIVIL ACTION NO. 6:20-cv-00531

VERSUS                                 JUDGE JUNEAU

COMMISSIONER OF THE SOCIAL             MAGISTRATE JUDGE HANNA
SECURITY ADMINISTRATION

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of August, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE